RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Petitioner,*
*Liberty Troll, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO GOOGLE, LLC D/B/A YOUTUBE | Case No. 25-mc-80227 <br><br> **DECLARATION OF ZACHARY KUEKER IN SUPPORT OF REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO GOOGLE, LLC D/B/A YOUTUBE PURSUANT TO 17 U.S.C. § 512(h), TO IDENTIFY ALLEGED INFRINGER** |

1

## <u>DECLARATION OF ZACHARY KUEKER</u>

I, Zachary Kueker, declare as follows:

1.      I am an individual residing in the State of Florida. I am the operator of the YouTube channel known as Liberty Troll (https://www.youtube.com/@Liberty_Troll). I am the sole member of Liberty Troll LLC, a Florida limited liability company ("Liberty Troll").

2.      I submit this declaration in support of Liberty Troll's request for issuance of a subpoena to Google, LLC d/b/a YouTube ("YouTube"), pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). The purpose of the DMCA Subpoena is to identify the alleged infringer or infringers who posted substantial portions of Liberty Troll's audio-visual works on the YouTube channel https://www.youtube.com/@FirstAmendmentShenanigan-vw7kp without Liberty Troll's authorization, and that posting infringes on Liberty Troll's copyrights (the "Infringing Content"). I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto.

3.      On July 22, 2025, I authorized my attorney to submit two DMCA notifications, via copyright@youtube.com, identifying the Infringing Content on YouTube's platform and providing the information required by 17 U.S.C. § 512(c)(3)(A). Attached hereto as Exhibit 1 are true and correct copies of the takedowns submitted to YouTube.

4.      The purpose for which the DMCA Subpoena is sought is to obtain the identity of the alleged infringer or infringers, and such information will only be used for the purpose of protecting my rights under 17 U.S.C. §§ 100, *et seq*.

I declare under penalty of perjury under the laws of the State of Florida and the United States of America that the foregoing is true and correct.

2

**KUEKER DECLARATION IN SUPPORT OF REQUEST**
**FOR ISSUANCE OF DMCA SUBPOENA TO GOOGLE,**
**LLC D/B/A YOUTUBE**

Executed on August 5, 2025 at Celebration, Florida.

Zachary Kueker

**KUEKER DECLARATION IN SUPPORT OF REQUEST**
**FOR ISSUANCE OF DMCA SUBPOENA TO GOOGLE,**
**LLC D/B/A YOUTUBE**

EXHIBIT 1

**Liberty Troll LLC**
**235-303 Goldenrain Dr.**
**Celebration, FL 34747**

To:    copyright@youtube.com

From:  Liberty Troll LLC

Date:   July 22, 2025

Re: Infringing Use of Copyrighted Video on YouTube Platform

Dear YouTube Copyright Team,

    This notice is submitted pursuant to the Digital Millennium Copyright Act (17 U.S.C. § 512) on behalf of Liberty Troll LLC, the exclusive owner of the copyrighted work identified below. We hereby request the immediate removal of infringing content from your platform.

1.    Copyrighted Work Infringed:

Title:  Government Karens ASSAULT Journalist – "He Could Have A Weapon!"

Date of Publication: March 1, 2024

URL of Original (if still available): https://www.youtube.com/watch?v=TuvrU-CUEYo

Copyright Owner: Liberty Troll LLC

Nature of Work: Original video footage, commentary, and editorial content created by Zachary Kueker and assigned to Liberty Troll, LLC, which is protected under U.S. copyright law.

2.    Infringing Content:

YouTube URL of Infringing Video: https://www.youtube.com/watch?v=DudtfEal4kQ

Uploader (Channel Name): https://www.youtube.com/@FirstAmendmentShenanigan-vw7kp

Upload Date (if known): March 2, 2024

3.    <u>Nature of Infringement</u>:

The infringing video reproduces substantial, continuous segments of our original work without permission, license, or legal justification. The majority of our content is reused without transformation or commentary, and is presented in a manner that constitutes a market substitute. Attached as Exhibit A is a detailed timeline map of the infringing video, showing:

- Exact timestamps of uninterrupted and untransformed use of our content;
- Use of our original footage alongside unlicensed third-party copyrighted clips;
- Minimal, token commentary that does not meaningfully transform our work;
- A substantial amount of the video consists of our footage or others' copyrighted clips, with very limited transformative input.

This mapping makes clear that the infringing work fails under all four *fair use* factors, including transformation, amount/substantiality, and market harm.

4.    <u>Statement Under Penalty of Perjury</u>:

I, the undersigned, am authorized to act on behalf of the copyright owner. I swear under penalty of perjury that:

- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

- The information in this notice is accurate.

- I am authorized to act on behalf of the copyright owner.

Signed,

Liberty Troll LLC

By:    Zachary Kueker

**Liberty Troll LLC**
**235-303 Goldenrain Dr.**
**Celebration, FL 34747**
████████████

To:     copyright@youtube.com

From:  Liberty Troll LLC

Date:   July 22, 2025

Re: Infringing Use of Copyrighted Video on YouTube Platform

Dear YouTube Copyright Team,

     This notice is submitted pursuant to the Digital Millennium Copyright Act (17 U.S.C. § 512) on behalf of Liberty Troll LLC, the exclusive owner of the copyrighted work identified below. We hereby request the immediate removal of infringing content from your platform.

1.     Copyrighted Work Infringed:

Title:   ARREST Gone WRONG – Unlawful Detainment, Arrest and Trespass – Law Enforcement
       IGNORANT of Law

Date of Publication: January 28, 2024

URL of Original (if still available): https://www.youtube.com/watch?v=0I_mIDeEJLI

Copyright Owner: Liberty Troll LLC

Nature of Work: Original video footage, commentary, and editorial content created by Zachary Kueker and assigned to Liberty Troll, LLC, which is protected under U.S. copyright law.

2.     Infringing Content:

YouTube URL of Infringing Video: https://www.youtube.com/watch?v=g-glRzkRRvYted

Uploader (Channel Name): https://www.youtube.com/@FirstAmendmentShenanigan-vw7kp

Upload Date (if known): January 28, 2024

3.    <u>Nature of Infringement</u>:

The infringing video reproduces substantial, continuous segments of our original work without permission, license, or legal justification. The majority of our content is reused without transformation or commentary, and is presented in a manner that constitutes a market substitute. Attached as Exhibit A is a detailed timeline map of the infringing video, showing:

- Exact timestamps of uninterrupted and untransformed use of our content;
- Use of our original footage alongside unlicensed third-party copyrighted clips;
- Minimal, token commentary that does not meaningfully transform our work;
- Over 80% of the video consists of our footage or others' copyrighted clips, with very limited transformative input.

This mapping makes clear that the infringing work fails under all four *fair use* factors, including transformation, amount/substantiality, and market harm.

4.    <u>Statement Under Penalty of Perjury</u>:

I, the undersigned, am authorized to act on behalf of the copyright owner. I swear under penalty of perjury that:

- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

- The information in this notice is accurate.

- I am authorized to act on behalf of the copyright owner.

Signed,

Liberty Troll LLC

By:  Zachary Kueker